No. 39652.—Protest 891183–G of Fred'k Opolinsky & Son, Inc. (New York).

Opinion by EVANS, J.   There was nothing to warrant disturbing the collector's action.   The protest was therefore overruled.